UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 06-234 |
| LAMONT WILLIAMS | SECTION: I |

### ORDER

Before the Court is the motion for judgment of acquittal or, alternatively, motion for new trial filed on behalf of defendant, Lamont Williams. Defendant presents several arguments suggesting that the evidence introduced at trial was improper or insufficient to convict him. Considering the facts, the opposition submitted by the United States, and the Court's instructions to the jury during the trial and at the conclusion of all of the evidence, the Court finds that defendant's arguments are without merit.

Accordingly,

**IT IS ORDERED** that defendant's motion for judgment of acquittal or, alternatively, motion for new trial[1] is **DENIED**.

New Orleans, Louisiana, March   5th  , 2007

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 233.