# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 06-234** |
| **LAMONT WILLIAMS** | **SECTION: I** |

### CERTIFICATE OF APPEALABILITY

A motion for a certificate of appealability ("COA") has been filed in the above-captioned case from a final order in a proceeding pursuant to 28 U.S.C. § 2255 (2006). Considering the motion, the record, the requirements of Federal Rule of Appellate Procedure 22(b)[1] and 28 U.S.C. § 2253(c)(1),[2] and for the following reasons, a COA **SHALL NOT BE ISSUED**.

A COA will be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Miller-El v. Cockrell*, 537 U.S. 322, 330, 123 S. Ct. 1029, 1036, 154 L. Ed. 2d 931, 946 (2003); *Foster v. Quarterman*, 466 F.3d 359, 364 (5th Cir. 2006). The applicant makes a substantial showing if it is demonstrated "that jurists of reason could debate the propriety of the district court's assessment of his constitutional claims or

---

[1] Rule 22 states in pertinent part: "[I]n a 28 U.S.C. § 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)."

[2] Section 2253(c)(1) provides in pertinent part: "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from . . . (B) the final order in a proceeding under section 2255."

conclude that his claims 'are adequate to deserve encouragement to proceed further.'" *United States v. Wainwright*, 237 Fed. App'x 913, 914 (5th Cir. 2007) (*quoting Miller-El*, 537 U.S. at 327, 123 S. Ct. at 1034, 154 L. Ed. 2d at 944); *see Foster*, 466 F.3d at 364.

For the reasons expressed in this Court's prior opinion denying petitioner relief,[3] and having found that petitioner has failed to make a substantial showing of the denial of a constitutional right,

**IT IS ORDERED** that a certificate of appealability **SHALL NOT BE ISSUED**.

New Orleans, Louisiana, August 5, 2010.

                                                    **LANCE M. AFRICK**
                                    **UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. No. 419.